Tally M. Wiener
**LAW OFFICES OF TALLY M. WIENER, ESQ.**
119 West 72nd Street, PMB 350
New York, NY 10023
(212) 574-7975 (International)
(855) COMILAW (US/Canada, Toll-Free)
(212) 496-4170, Attn: PMB 350 (Facsimile)
tally.wiener@thecomi.com

*Counsel for the Appellant Captain Hani Alsohaibi*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
                                                              :
**IN RE:**                                                    :        **Chapter 11**
                                                              :
**ARCAPITA BANK B.S.C.(c),** *et al.*,                        :        **Case No. 12-11076 (SHL)**
                                                              :
        **Reorganized Debtors.**                              :
-------------------------------------------------------------x

**APPELLANT'S STATEMENT OF ISSUES
AND DESIGNATION OF RECORD ON APPEAL FROM
ORDER DENYING APPLICATION FOR RELIEF [DOCKET NO. 2039]
ENTERED IN THE ABOVE-CAPTIONED CHAPTER 11 PROCEEDINGS
ON THE 23RD DAY OF OCTOBER, 2014**

Captain Hani Alsohaibi by and through his undersigned counsel, the Law Offices of Tally M. Wiener, Esq., respectfully appeals under 28 U.S.C. § 158(a) from the *Order Denying Application for Relief* [Docket No. 2039] entered in the above-captioned chapter 11 proceedings on the 23rd day of October, 2014.  In accordance with the requirements of Federal Rule of Bankruptcy Procedure 8006, the Appellant respectfully submits the following statement of issues to be presented, and designation of record items to be included, in the record on appeal in connection with the Notice of Appeal filed by the Appellant on the 6th day of November, 2014.

## STATEMENT OF ISSUES ON APPEAL

(1) Should the Court's jurisdiction have been limited to violations of Court orders and matters approved by the Court in light of the broad grant of jurisdiction in 28 U.S.C. § 1334?

(2) Should modifications to the Goldman Sachs financing of the Appellees resulting in increased fees to lenders, made at the expense of other parties in interest, have been subjected to Court approval?

(3) Should the Appellees have been compelled to make disclosures including filing post-confirmation reports and keeping their case administration website up to date?

(4) Should the Court's supervision over the issues raised by the Appellant concerning the administration of the estate have been limited in light of Federal Rule of Bankruptcy Procedure 3020(d)'s specification of retained post-confirmation powers?

## DESIGNATION OF RECORD ITEMS FOR APPEAL

| | | |
|---|---|---|
| 11/6/2014 | Docket No. 2045 | Notice of Appeal |
| 10/23/2014 | Docket No. 2039 | Order Denying Application for Relief |
| 10/23/2014 | Docket No. 2038 | Modified Bench Ruling as to Objection of Captain Hani Alsohaibi |
| 10/9/2014 | Docket No. 2036 | Transcript of Original Bench Ruling |
| 9/25/2014 | Docket No. 2023 | Reply of Captain Hani Alsohaibi to the Response Filed by the Reorganized Debtors to the Objection of Captain Hani Alsohaibi |
| 9/25/2014 | Docket No. 2021 | Notice of Hearing on and Motion for Sanctions Against Tally M. Wiener, Esq., Counsel to Captain Hani Alsohaibi |
| 9/20/2014 | Docket No. 2019 | Reorganized Debtors' Response to Objection of Captain Hani Alsohaibi Regarding Waiver of Certain |

| | | |
|---|---|---|
| | | Requirements Under Exit Financing and Request for Hearing Concerning Alleged "Administrative Insolvency" |
| 9/8/2014 | Docket No. 2015 | Memorandum Endorsed Order Signed on 9/8/2014 Re: Letter Requesting a Conference Filed by Tally M. Wiener on September 8, 2014 |
| 8/27/2014 | Docket No. 2009 | Notice of Scheduling of Hearing |
| 8/11/2014 | Docket No. 2003 | Notice of Rescheduled Hearing |
| 8/8/2014 | Docket No. 2001 | Notice of Scheduling of Hearing |
| 7/1/2014 | Docket No. 1979 | Objection of Captain Hani Alsohaibi to the Proposed Diversion of Funds by and for the Benefit of the First Islamic Investment Bank B.S.C.(c)/Arcapita Bank B.S.C.(c) Affiliates and Successors and Reservation of Rights and Request for Hearing Concerning the Administrative Solvency/Insolvency of the First Islamic Bank B.S.C.(c)/Arcapita Bank B.S.C.(c) Affiliates and Successors |
| 11/21/2013 | Docket No. 1685 | Memorandum of Decision and Order |
| 9/6/2013 | Docket No. 1477 | Order Approving Plan Implementation Timeline and Rescheduling Omnibus Hearing |
| 6/26/2013 | Docket No. 1304 | Final Order Pursuant to 11 U.S.C. §§ 105, 362, 363(b)(1), 363(m), 364(c)(1), 364(c)(2), 364(c)(3), 364(e), and 552 and Bankruptcy Rules 4001 and 6004 (I) Authorizing Debtors (A) to Enter Into and Perform Under Murabaha Agreement, and (B) to Obtain Credit on a Secured Superpriority Basis, and (III) Granting Related Relief |
| 06/17/2013 | Docket No. 1262 | Findings of Fact, Conclusions of Law, and Order Confirming the Second Amended Joint Plan of Reorganization of Arcapita Bank B.S.C.(c) and Related Debtors With Respect to Each Debtor Other than Falcon Gas Storage Company, Inc. Under Chapter 11 of the Bankruptcy Code |
| 5/17/2013 | Docket No. 1113 | Order Authorizing the Debtors to (A) Enter Into a Financing Commitment Letter and Related Fee Letter to Obtain (I) Replacement DIP Financing and (II) Exit Financing, (B) Incur and Pay Associated Fees and Expenses, and (C) Provide Related Indemnities |
| 4/25/2013 | Docket No. 1038 | Second Amended Disclosure Statement in Support of the Second Amended Joint Plan of Reorganization of Arcapita Bank B.S.C.(c) and Related Debtors Under Chapter 11 of the Bankruptcy Code |

| Date | Docket | Description |
|---|---|---|
| 2/4/2013 | Docket No. 822 | Notice of Filings of Amendment to Statement of Financial Affairs for Arcapita Bank B.S.C.(c) |
| 12/10/2012 | Docket No. 699 | Debtors' Opposition to Motion of Captain Hani Alsohaibi to Dismiss the Chapter 11 Cases |
| 9/24/2012 | Docket No. 525 | Motion to Dismiss Case filed by Hani Alsohaibi |
| 6/8/2012 | Docket No. 213 | Statement of Financial Affairs for Arcapita Bank B.S.C.(c) |
| 03/19/2012 | Docket No. 6 | Declaration of Henry A. Thompson in Support of the Debtors' Chapter 11 Petitions and First Day Motion and in Accordance with Local Rule 1007-2 |

Dated: New York, New York
       November 20, 2014

                                        Respectfully submitted on behalf of
                                        Captain Hani Alsohaibi by:

                                        /s/ Tally M. Wiener
                                        Tally M. Wiener
                                        **LAW OFFICES OF TALLY M. WIENER, ESQ.**
                                        119 West 72nd Street, PMB 350
                                        New York, NY 10023
                                        (212) 574-7975 (International)
                                        (855) COMILAW (US/Canada, Toll-Free)
                                        (212) 496-4170, Attn: PMB 350 (Facsimile)
                                        tally.wiener@thecomi.com